# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DORETEO GARCIA,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:18-cv-1966** |
| v. | : | |
| | : | **(Judge Rambo)** |
| **WARDEN DAVID J.** | : | |
| **EBBERT,** *et al.*, | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 22nd day of April 2019, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss and/or motion for summary judgment (Doc. No. 11) is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendants Warden David J. Ebbert, SIS Officer Buebendorf, and Officer/Counselor Tharp and against Plaintiff Doreteo Garcia; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                 s/Sylvia H. Rambo
                                                 SYLVIA H. RAMBO
                                                 United States District Judge